```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


LEVERT J. HORNER, an
individual; BARBARA
HORNER, an individual,
                                       NO. CIV. S-12-0666 LKK/KJN
          Plaintiffs,

     v.

SELECT PORTFOLIO
SERVICING. INC., a
business entity, and
DOES 1 through 50,
inclusive,

          Defendants.
_____/
LEVERT J. HORNER, an
individual; BARBARA F.
HORNER, an individual,
                                       NO. CIV. S-12-1622 JAM/GGH
          Plaintiffs,

     v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS INDENTURE TRUSTEE,
ON BEHALF OF HOLDERS OF THE
ACCREDITED MORTGAGE LOAN
TRUST 2006-1 ASSET BACK NOTES,       RELATED CASE ORDER
a business entity; and DOES 1
through 50, inclusive,

          Defendants.
_____/
```

1   Plaintiffs have filed a Notice of Related Cases.  Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2012). Upon examination of the complaints, it appears that both cases involve the same property and mortgage, and both assert similar claims arising out of the handling of plaintiffs' request for a loan modification.

   Related cases are generally assigned to the judge presiding over the case with the lowest number.  See E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

   1. The action denominated 2:12-cv-1622-JAM/GGH is REASSIGNED to Senior Judge Lawrence K. Karlton and Magistrate Judge Kendall J. Newman for all further proceedings.

   2. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cv-1622-LKK/KJN.

   3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

   DATED:  July 9, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT